**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**KATHLEEN DENARIO,**
                            **Plaintiff,**

      vs.                                                           **3:17-CV-37**

**VILLAGE OF STAMFORD, et al.,**

                            **Defendants.**
_____

**Thomas J. McAvoy,**
**Sr. U.S. District Judge**


**DECISION & ORDER**

      This *pro se* action brought pursuant to 42 U.S.C. § 1983, was referred to the Hon. David E. Peebles, United States Magistrate Judge, for a Report-Recommendation pursuant to 28 U.S.C. § 636(b) and Local Rule 72.3(c).

      In the Report-Recommendation, Magistrate Peebles recommends that Plaintiff's complaint be dismissed with leave to amend. No objections to the February 8, 2017 Report-Recommendation have been raised. After examining the record, the Court has determined that the Report-Recommendation is not subject to attack for plain error or manifest injustice. Accordingly, the Court will adopt the Report-Recommendation for the reasons stated therein. AND:

      The Report-Recommendation, dkt. # 5, is hereby ADOPTED. The Complaint is hereby DISMISSED without prejudice. Plaintiff may file an Amended Complaint within 30

days of the date of this Order.

**IT IS SO ORDERED.**

Dated: June 16, 2017

_Thomas J. McAvoy_
Thomas J. McAvoy
Senior, U.S. District Judge